ORIGINAL

FILED
U.S. DISTRICT COURT

2010 JUL 16 PM 12: 23

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LAMONT HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-029 |
| | ) | |
| LARRY BUTTS, Unit Manager, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate at Johnson State Prison in Wrightsville, Georgia, filed the above-captioned civil rights case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On May 10, 2010, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty (30) days and advised Plaintiff that all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned that failure to respond would be an election to have this case voluntarily dismissed without prejudice. (Doc. no. 3, pp. 3-4.) Plaintiff did not return the Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms and instead filed a motion to amend. (See doc. no. 4.)

On June 15, 2010, the Court granted Plaintiff fourteen (14) additional days to comply with the terms of the Court's May 10, 2010 Order. (Doc. no. 5.) Once again, Plaintiff was warned that his failure to comply in a timely fashion with the Court's Order would result in

a recommendation that his case be dismissed. (Id.) The time to respond has passed, and Plaintiff has not submitted the documents required by the Court's May 10, 2010 Order, nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (*per curiam*) (citing 28 U.S.C. § 1915). Plaintiff has been warned repeatedly that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the Court **REPORTS** and **RECOMMENDS** that the motion to amend be deemed **MOOT** (doc. no. 4) and that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 16th day of July, 2010, at Augusta, Georgia.

W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE