IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT

2010 AUG 13 PM 12: 19

CLERK
SO. DIST. OF GA.

LAMONT HOWARD,                      )
                                    )
          Plaintiff,                )
                                    )
     v.                             )          CV 310-029
                                    )
LARRY BUTTS, Unit Manager, et al.,  )
                                    )
          Defendants.               )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's motion to amend is deemed **MOOT** (doc. no. 4), and this

case is **DISMISSED**, without prejudice.

SO ORDERED this 13th day of August, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE